# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-2483

_____

Hollie Telford; Brenda Burton

*Plaintiffs - Appellants*

v.

Alan B. Johnson; Nena James, in her individual official capacity; Rock Springs
Housing Authority; April Thompson; Global E. LLC, also known as Pioneer Park;
Ann Clayton; Judy Cirrillo; Does 1-10; CenturyLink; Hollie Portillo; O'Kelley H.
Pearson; Law Office Hickey and Evans LLP; Thomas Deering, in his individual
and official capacity; United States of America; Donald Thatcher; Eva Tafoya; HUD

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Pierre

_____

Submitted: June 22, 2018
Filed: June 27, 2018
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Hollie Telford and Brenda Burton appeal from the order of the District Court[1] granting defendants' motions to dismiss this pro se civil action arising from a housing matter.  Appellants have identified no defensible basis for reversal, and we find none. We affirm.  <u>See</u> 8th Cir. R. 47B.

————————————————————————

[1]The Honorable Roberto A. Lange, United States District Judge for the District of South Dakota.